# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-1945

———————

Sharron Landon Lomax,                              *
                                                   *
              Appellant,          * Appeal from the United States
                                  * District Court for the Eastern
      v.                          * District of Missouri.
                                  *
General Motors Corporation,       *      [UNPUBLISHED]
                                  *
              Appellee.           *

———————

Submitted: February 18, 2005
Filed: February 23, 2005

———————

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.

Sharron Landon Lomax appeals the district court's[*] order granting General Motors Corporation summary judgment on Lomax's disability-discrimination claim. Having carefully reviewed the record, we conclude summary judgment was proper because Lomax had not exhausted her administrative remedies. Thus, we affirm. See 8th Cir. R. 47B.

————————————————————

[*]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.